## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CV3979                                               Purchased/Filed: May 22, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*                  Plaintiff

against

*Alliance Carpet & Tile Inc.*                                                           Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY       SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ May 29, 2007 ___, at ___ 2:00 pm ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

_____ Alliance Carpet & Tile Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___ 2 ___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service was made pursuant to Section ___ 306 Business Corporation Law ___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___ 43 ___   Approx. Wt: ___ 118 ___   Approx. Ht: ___ 5' ___
Color of skin: ___ White ___   Hair color: ___ Brown ___   Sex: ___ F ___   Other: _____

Sworn to before me on this

31st day of _____ May, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704536

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**