RAKOFF, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF CARPENTERS
WELFARE FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS VACATION FUND,
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS ANNUITY FUND, NEW YORK CITY      07 CV 3979 (JSR)
DISTRICT COUNCIL OF CARPENTERS              ECF CASE
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, NEW YORK     **NOTICE OF**
CITY DISTRICT COUNCIL OF CARPENTERS CHARITY **DISMISSAL**
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

                                    Plaintiffs,

        -against-

ALLIANCE CARPET & TILE INC.,

                                    Defendant.
----------------------------------------------------------X

PLEASE TAKE NOTICE, that pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, plaintiffs THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al., hereby dismiss the above-captioned action against the defendant, ALLIANCE CARPET & TILE INC., without costs to any party.

Dated: New York, New York
       October 19, 2007

                                    Yours, etc.,

                                    O'DWYER & BERNSTIEN, LLP

                            By:     _____
                                    ANDREW GRABOIS (AG 3192)
                                    Attorneys for Plaintiffs
                                    52 Duane Street
                                    New York, New York 10007
                                    (212) 571-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-22-07

SO ORDERED:

_____
U.S.D.J.
10-19-07